IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01778-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

NEWTON E. KENDIG,
FCI - FLORENCE HEALTH SERVICES,
R. CARLILE, and
B. GREENWOOD,

    Defendants.

```
F I L E D
UNITED STATES DISTRICT COURT
        COLORADO

JAN 1 1 2006

GREGORY C. LANGHAM
                CLERK
```

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants;

2. That if the Clerk is unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process on the defendants, the defendants or counsel for the defendants shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 4, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01778-REB-PAC

George E. Florence
Reg. No. 98316-131
FCI – Florence
PO Box 6000
Florence, CO 81226

Newton E. Kendig, Medical Director – CERTIFIED
Bureau of Prisons – Central Office
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

FCI – Florence Health Services,
R. Carlile, and B. Greenwood – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher B. Synsvoll for process of service on FCI Florence Health Services, R. Carlile and B. Greenwood, and to United States Attorney General and to Newton E. Kendig via certified mail: AMENDED COMPLAINT FILED 10/2/05, AMENDMENT TO THE COMPLAINT FILED 11/7/05, SUMMONS, WAIVER*, AND CONSENT FORM on 1/11/06        .

                                                      GREGORY C. LANGHAM, CLERK

                                                      By: _____
                                                                      Deputy Clerk