IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01778-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff(s),

v.

NEWTON E. KENDIG,
FCI FLORENCE HEALTH SERVICES,
R CARLILE, and
B. GREENWOOD,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Disallow U.S. Department of Justice Attorneys to Represent Defendants [filed November 7, 2005; Doc. No. 12]; Plaintiff's Motion to Disallow U.S. Department of Justice Attorneys to Represent Defendants [filed January 19, 2006; Doc. No. 25]; and Petitioner's Motion to Disallow U.S. Department of Justice Attorneys to Represent Defendants [filed February 8, 2006; Doc. No. 30] are **denied.**  Plaintiff has failed to state any grounds to disqualify the Department of Justice attorneys from representing the defendants.

Dated:  February 15, 2006