IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01778-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

NEWTON E. KENDING, and
FCI-FLORENCE HEALTH SERVICES,

    Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

PATRICIA A. COAN, United States Magistrate Judge

    By an Order entered October 7, 2005, plaintiff was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

    By Order of December 9, 2005, plaintiff was granted a 30-day extension of time in which to pay the $2.00 initial partial filing fee owed in this action.

To date, plaintiff has failed to pay the initial filing fee, to make the required monthly payment or to show cause why he has no assets and no means by which to make the initial filing fee payment or subsequent monthly payments thereafter. Therefore, plaintiff will be ordered either to make the required initial filing fee and required monthly payments or to show cause why he cannot.

It is not acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause.  Such a procedure unreasonably burdens the Court.  Consequently, I will further order that hereafter, plaintiff shall, by the **15th day** of **each** month and without any further notice from or order of the Court, either make the required monthly payment for each preceding month or file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.   If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* entered October 7, 2005.

IT IS **ORDERED** that by the **15th day** of **each** month hereafter, beginning on **May 15, 2006**, plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of

his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER **ORDERED** that if plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED: April 24, 2006.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge